AMBULANCE SERVICE OF RENO,
INC., dba 911 Paramedics,
Plaintiff–Appellant,

v.

NEVADA AMBULANCE SERVICES,
INC., dba Medic I, et al.,
Defendants–Appellees.

No. 87–1851.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 4, 1987 *.

Decided Dec. 21, 1987.

I.R. Ashelman II, Reno, Nev., for plaintiff-appellant.

George E. Leonard, Kansas City, Mo., Edward Dannan and Kirk S. Schumacher, Reno, Nev., for defendants-appellees.

Before SNEED, BEEZER and HALL, Circuit Judges.

### ORDER

Appellees' motion to submit this case without oral argument is granted. This case shall stand submitted on the briefs without oral argument on December 4, 1987.

This appeal raises the same issues raised in appellant's earlier motion seeking a temporary injunction. The district court's grant of summary judgment in favor of the appellees is affirmed for the same reasons as the temporary injunction motion was denied in *Ambulance Serv. of Reno, Inc. v. Nevada Ambulance Serv., Inc.,* 819 F.2d 910 (9th Cir.1987).

AFFIRMED.